PROB 12B
(7/93)

# United States District Court

for the

# Eastern District of Washington

Report Date: June 7, 2013

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

JUN 11 2013

SEAN F. McAVOY, CLERK
_____ DEPUTY
SPOKANE, WASHINGTON

## Request for Modifying the Conditions or Term of Supervision
## with Consent of the Offender
*(Probation Form 49, Waiver of Hearing is Attached)*

Name of Offender: Patrick O. Sardin                    Case Number: 2:08CR00104-001

Name of Sentencing Judicial Officer: The Honorable Robert H. Whaley, Senior U.S. District Judge

Date of Original Sentence: 1/6/2009                    Type of Supervision: Supervised Release

Original Offense: Distribution of 50 Grams or More of a Mixture or Substance Containing Cocaine Base, in the form of Crack Cocaine, 21 U.S.C. § 841(a)(1) and (b)(1)(A)(iii)

Date Supervision Commenced: 3/14/2011

Original Sentence: Prison - 42 Months; TSR - 60 Months

Date Supervision Expires: 3/13/2016

---

### PETITIONING THE COURT

To modify the conditions of supervision as follows:

21    You shall participate in the home confinement program for 90 days. You shall abide by all the requirements of the program, which will include electronic monitoring or other location verification system. You shall pay all or part of the costs of the program based upon your ability to pay. You are restricted to your residence every day from 9:00 p.m. to 5:00 a.m., as directed by the supervising officer.

### CAUSE

On June 2, 2013, Mr. Sardin was arrested in the City of Spokane for Driving Under the Influence, in violation of RCW 46.61.502(G), a gross misdemeanor punishable by up to 365 days in jail. He was contacted by the Spokane police at approximately 1:21 a.m., at the intersection of 3rd Avenue and Stevens. The vehicle was running, however, the car was parked, but in a manner blocking the right lane of traffic. Mr. Sardin was found apparently asleep in the driver's side seat. Officers advised they detected a strong odor of alcohol when they contacted the offender. Mr. Sardin refused to submit to field sobriety tests, and was arrested on the above-referenced charge. He refused to submit to breathalyzer testing through the Datamaster Breath Test Instrument.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:    06/07/2013

s/Matthew L. Thompson

Matthew L. Thompson
Supervising U.S. Probation Officer

Prob 12B
**Re: Sardin, Patrick O.**
**June 7, 2013**
**Page 2**

THE COURT ORDERS

[ ]  No Action
[ ]  The Extension of Supervision as Noted Above
[X]  The Modification of Conditions as Noted Above
[ ]  Other

_____
Signature of Judicial Officer

6/11/13
_____
Date